**Manuel HELMBRIGHT,
Plaintiff–Appellant,**

v.

**Bonnie DAVIS, in her private and official capacity; Chief K. Gessler, in his official capacity; Officer Wallace, in his official capacity; Unknown Desk Officer, in his official capacity, Defendants–Appellees.**

**Manuel Helmbright, Plaintiff–
Appellant,**

v.

**Bonnie Davis, in her private and official capacity; Chief K. Gessler, in his official capacity; Officer Wallace, in his official capacity; Unknown Desk Officer, in his official capacity, Defendants–Appellees.**

Nos. 06–1161, 06–1595.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 26, 2006.

Decided: Sept. 28, 2006.

Manuel Helmbright, Appellant Pro Se. Paul C. Camilletti, Camilletti, Sacco & Pizzuti, Wheeling, West Virginia; Melanie Morgan Norris, Jacob Andrew Manning, Steptoe & Johnson, Wheeling, West Virginia, for Appellees.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Manuel Helmbright appeals the district court's orders granting defendant police officers' motion to dismiss under Fed. R.Civ.P. 12(b)(6) and vacating its pre-trial conference and trial schedule in his 42 U.S.C. § 1983 (2000) action. We have re-

**164**

viewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Helmbright v. Davis*, No. 5:04–cv–00069–FPS, 2006 WL 160310 (N.D.W.Va. Jan. 20, 2006; Mar. 23, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*